UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MARISOL SOTO-TORRES,<br>Defendant. | INFORMATION<br><br>CRIMINAL NO. 17-32  (FAB)<br><br>VIOLATIONS:<br><br>18 U.S.C. § 113(a)(4)<br>49 U.S.C. §§ 46501(2) and 46506(1)<br><br>ONE COUNT |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
### Assault By Striking, Beating, And Wounding

On or about January 18, 2017, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**MARISOL SOTO-TORRES,**

on an aircraft in the special aircraft jurisdiction of the United States, did assault another, namely, HRS, by striking, beating and wounding, in violation of 18 U.S.C. § 113(a)(4), and 49 U.S.C. §§ 46501(2) and 46506(1).

ROSA EMILIA RODRIGUEZ-VELEZ
**United States Attorney**

_/s/ Timothy Henwood_
**Timothy Henwood**
First Assistant U.S. Attorney

_/s/ Victor O. Acevedo-Hernandez_
Victor O. Acevedo-Hernandez
Assistant U.S. Attorney

_/s/ Jenifer Y. Hernandez-Vega_
Jenifer Y. Hernandez-Vega
Assistant U.S. Attorney
Chief, Violent Crimes Unit