# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
*Plaintiff*,

v.

**MARISOL SOTO-TORRES,**
*Defendant*.

CASE NO.:17-CR-32 (FAB)(CVR)

## INFORMATIVE MOTION
*(Re: Pretrial Diversion Program)*

TO THE HONORABLE CAMILLE L. VELEZ-RIVE
UNITED STATES MAGISTRATE JUDGE
FOR THE DISTRICT OF PUERTO RICO:

COMES NOW, the Defendant, Marisol Soto-Torres, hereinafter "Ms. Soto," by and through the undersigned Assistant Federal Defender, very respectfully states as follows:

1. On January 24, 2017, Ms. Soto was charged in a one-count Information with violation of 18 U.S.C. § 113(a)(4). Docket No. 1.

2. The defense files this motion to inform that the parties have agreed to a Pretrial Diversion Program. The Agreement provides that the offense shall be deferred for a period of 12 months, and that if Ms. Soto-Torres successfully complies with United States Probation Office ("USPO") supervision during that time, the charges against her will be dismissed. This agreement has been signed and executed by the parties, and accepted by the USPO.

3. Ms. Soto-Torres requests that the Court accept the parties' agreement and schedule a status conference 12 months from now, the presumptive conclusion of the Pretrial Diversion Program period.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of this motion and that the same be granted.

I HEREBY CERTIFY that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system which will send electronic notification of said filing to all parties of record.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 26th day of July, 2017.

**ERIC ALEXANDER VOS**
**Chief Defender**
**District of Puerto Rico**

S/Samantha K. Drake
**SAMANTHA K. DRAKE**
**USDC-Government No. G02410**
**A.F.P.D. for Defendant**
**241 Franklin D. Roosevelt Avenue**
**Hato Rey, PR  00918-2441**
**Tel. (787) 281-4922 / Fax (787) 281-4899**
**E-mail:** samantha_drake@fd.org