IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **MARISOL SOTO-TORRES**, Defendant. | CRIMINAL NO. 17-32 (FAB) |

## UNITED STATES' FIRST MOTION IN COMPLIANCE

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys, and in compliance with Docket No. 24, in which the Court ordered the United States to inform every four months whether Defendant is complying with the PTD requirements, very respectfully states and prays that:

1. The U.S. Probation Office ("USPO") informed the undersigned that the Defendant continues to comply with her program. Specifically, she has followed all the reporting and supervision instructions the USPO has given to her.

WHEREFORE, the United States respectfully requests that the Court **NOTE** the United States' compliance with this Court's order at Document No. 24.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 27th day of November, 2017.

**ROSA EMILIA RODRIGUEZ VELEZ**
United States Attorney

S/Victor O. Acevedo-Hernandez

1

Victor O. Acevedo-Hernandez-227813
Assistant U.S. Attorney
Torre Chardon, Suite 1201
350 Carlos Chardon St.
San Juan, P.R. 00918
Tel. (787) 766-5656
e-mail: Victor.O.Acevedo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

S/Victor O. Acevedo-Hernandez
U.S.D.C. No. 227813