IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, | |
| v. | CRIMINAL NO. 17-32 (FAB) |
| **MARISOL SOTO-TORRES,** Defendant. | |

**UNITED STATES' SECOND MOTION IN COMPLIANCE**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys, and in compliance with Docket No. 24, in which the Court ordered the United States to inform every four months whether Defendant is complying with the PTD requirements, very respectfully states and prays that:

1. The U.S. Probation Office ("USPO") informed the undersigned that the Defendant failed to report. The last contact was on November 14, 2017. Today, the USPO contacted Defendant and clarified that she had a duty to report. Defendant was under the impression that the USPO would be contacting her and, as such, she had no obligation to report. The Defendant indicated that she would be complying with her reporting requirements. Defendant has complied with all her other conditions.

WHEREFORE, the United States respectfully requests that the Court **NOTE** the United States' compliance with this Court's order at Document No. 24.

RESPECTFULLY SUBMITTED.

1

In San Juan, Puerto Rico, this 26th day of February, 2018.

**ROSA EMILIA RODRIGUEZ VELEZ**
United States Attorney

S/Victor O. Acevedo-Hernandez
Victor O. Acevedo-Hernandez-227813
Assistant U.S. Attorney
Torre Chardon, Suite 1201
350 Carlos Chardon St.
San Juan, P.R. 00918
Tel. (787) 766-5656
e-mail: Victor.O.Acevedo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

S/Victor O. Acevedo-Hernandez
U.S.D.C. No. 227813