IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **MARISOL SOTO-TORRES,** Defendant. | CRIMINAL NO. 17-32 (FAB) |

### UNITED STATES' THIRD MOTION IN COMPLIANCE

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys, and in compliance with Docket No. 28, in which the Court ordered the United States to inform in four months whether Defendant is complying with the PTD requirements, very respectfully states and prays that:

1. The U.S. Probation Office ("USPO") informed that Defendant is in compliance with her PTD requirements. Defendant's PTD ends on July 23, 2018.

WHEREFORE, the United States respectfully requests that the Court **NOTE** the United States' compliance with this Court's order at Document No. 28.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 26th day of June, 2018.

**ROSA EMILIA RODRIGUEZ VELEZ**
United States Attorney

S/Victor O. Acevedo-Hernandez
Victor O. Acevedo-Hernandez-227813
Assistant U.S. Attorney

1

Torre Chardon, Suite 1201
350 Carlos Chardon St.
San Juan, P.R. 00918
Tel. (787) 766-5656
e-mail: Victor.O.Acevedo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

S/Victor O. Acevedo-Hernandez
U.S.D.C. No. 227813