IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **MARISOL SOTO-TORRES,** Defendant. | CRIMINAL NO. 17-32 (FAB) |

## UNITED STATES' FOURTH MOTION IN COMPLIANCE

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys, and in compliance with Docket No. 30, in which the Court ordered the United States to inform whether Defendant concluded with her PTD requirements, very respectfully states and prays that:

1. The U.S. Probation Office ("USPO") informed that Defendant successfully completed her PTD term by complying with all her conditions. The USPO further informed that later, they will send a formal PTD Completion letter to the undersigned.

WHEREFORE, the United States respectfully requests that the Court **NOTE** the United States' compliance with this Court's order at Document No. 30.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 23rd day of July, 2018.

**ROSA EMILIA RODRIGUEZ VELEZ**
United States Attorney

S/Victor O. Acevedo-Hernandez
Victor O. Acevedo-Hernandez-227813
Assistant U.S. Attorney

1

Torre Chardon, Suite 1201
350 Carlos Chardon St.
San Juan, P.R. 00918
Tel. (787) 766-5656
e-mail: Victor.O.Acevedo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

S/Victor O. Acevedo-Hernandez
U.S.D.C. No. 227813