**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA

v.

MARISOL SOTO-TORRES (1)

CASE NO. 17-cr-32(FAB/CVR)

## JUDGMENT OF DISMISSAL

It appearing that defendant __MARISOL SOTO-TORRES (1)__ has been charged of the offenses of:

18:113(a)(4) ASSAULT BY STRIKING, BEATING AND WOUNDING

It further appearing that defendant is now entitled to be discharged for the reason that:

- [✓] The Court has granted the motion of the government for dismissal with prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

- [ ] The Court has dismissed the charges with prejudice, for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

- [ ] The Court has dismissed the charges **without prejudice**, as defendant remains fugitive.

- [ ] The Court has dismissed the charges due to defendant's death.

It is therefore ORDERED and ADJUDGED that the defendant be, and is hereby DISCHARGED.

San Juan, Puerto Rico, on August 9th, 2018.

S/ Camille Velez-Rive
U.S. Magistrate Judge

DPR Forms. Rev. Sept. 2015